## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

HILARIA QUINONES,

                Plaintiff,                         25 **CIVIL** 5306 (LLS)

     -against-                            **JUDGMENT**

DPA LANDLORDS MAYBE LLC, INC.; WALLACE
CORPS. MAYBE LLC, INC.; THE NEW PARKOFF
MAYBE LLC., INC; 2134-2138 WALLACE CORPS;
2132-2138 PRESIDENTIAL ASSETS LLC.,

                Defendants.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Order dated July 9, 2025, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**Dated:**  New York, New York

      July 10, 2025

                                                             **TAMMI M. HELLWIG**
                                                              **Clerk of Court**

                         **BY:**

                                                             **Deputy Clerk**